IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MYRON COLLINS, JR.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 24-00041-B |
| | * |
| **MICHELLE KING,** | * |
| **Acting Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits is **AFFIRMED**.

**DONE** this **24th** day of **January, 2025.**

/s/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE